UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **TONY GARNELL PENNYWELL** | **CASE NO. 19-cv-1425 SEC P** |
| -vs- | **JUDGE DRELL** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 44), and after a de novo review of the record, including the Objection (ECF No. 45) filed by Petitioner, having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 29th day of April 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT